IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY – CAMDEN

| | |
|---|---|
| DAVID W. DANIELS<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM J. TOLAND, Individually and in his official capacity as the Chief of Police of the Borough of Stone Harbor Police Department; PAUL J. REYNOLDS, Individually and in his official capacity as the Captain of the Borough of Stone Harbor Police Department; BRIAN LEVINSON, Individually and in his official capacity as the Chair of the Public Safety Committee; KENNETH HAWK and THE BOROUGH OF STONE HARBOR, Jointly, Severally and in the Alternative<br><br>Defendants | Civil Action<br>Number 07-cv-4320<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed that any and all causes of action by or on behalf of the Plaintiff, David W. Daniels, and against the Defendants, William J. Toland, Paul J. Reynolds, Brian Levinson, Kenneth Hawk and The Borough of Stone Harbor, shall be and hereby are dismissed with prejudice and without costs to either party.

Barker, Scott & Gelfand
A Professional Corporation

By: _____
Joseph M. Scott, Esquire

Dated: _____8-8-08_____

The Douglass Law Firm, L.L.C.

By: _____
Michelle J. Douglass, Esquire

Dated: _____7-31-08_____